**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roosevelt Nick LOWE, Jr., Defendant-Appellant.**

**No. 31157.**

United States Court of Appeals, Fifth Circuit.

June 2, 1971.

W. H. F. Wiltshire (court appointed), Harrell, Wiltshire, Bozeman, Clark & Stone, Pensacola, Fla., for appellants.

C. W. Eggart, Jr., Asst. U. S. Atty. (Wm. H. Stafford, Jr., U. S. Atty., on the brief), for appellee.

Before COLEMAN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.